SPRING CREEK THRESHING COMPANY, Appellant, vs. INDUSTRIAL COMMISSION OF WISCONSIN and another, Respondents.

*April 29—June 23, 1930.*

*E. S. Jedney* of Black River Falls, for the appellant.

For the respondent Industrial Commission there was a brief by the *Attorney General* and *Mortimer Levitan* and *F. C. Seibold,* assistant attorneys general, and oral argument by *Mr. Seibold.*

FAIRCHILD, J. The members of the court are equally divided upon this appeal, Chief Justice ROSENBERRY, Mr. Justice OWEN, and Mr. Justice FRITZ being of the opinion that the judgment should be reversed. Mr. Justice STEVENS, Mr. JUSTICE FOWLER, and the writer are of the opinion that the judgment should be affirmed.

Under the rule the judgment appealed from is affirmed.

*By the Court.*—Judgment affirmed.